UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **NENETTE PAULA DAVENPORT,** | ) | CASE NO. **18-55647-LRC** |
| | ) | |
| DEBTOR. | ) | |

### CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Melissa J. Davey, Chapter 13 Trustee and objects to confirmation of the Plan and files this motion to dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

1. The Debtor claims an exemption of $49,000.00 for back child support. The Chapter 13 Trustee objects to the claimed exemption as any recovery may be disposable income required to be contributed to this Chapter 13 Plan and the proposal to retain the funds may indicate a lack of good faith. 11 U.S.C. Sections 1325(a)(3), 1325(a)(7), and 1325(b)(1)(B).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation hearing, deny the Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

Dated: This the __23__ day of July, 2018.

Respectfully submitted,

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee

Melissa J. Davey
Standing Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| NENETTE PAULA DAVENPORT | ) | |
| | ) | CASE NO.: 18-55647-LRC |
| | ) | |
| DEBTOR. | ) | |

18-55647-LRC          **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

NENETTE PAULA DAVENPORT
2261 CAPELLA CIRCLE
ATLANTA, GA  30331

DEBTOR(S) ATTORNEY:

CLARK & WASHINGTON, P.C.
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
ATLANTA, GA  30341

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

July 23, 2018

/s/ _____
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450