UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## TRUSTEE'S SUPPLEMENTAL REPORT

CASE NO.:  18-55647-LRC

DEBTOR:   NENETTE PAULA DAVENPORT

At the hearing on Confirmation held on August 7, 2018, Trustee requested that the hearing be reset to September 11, 2018.  However, Trustee also announced an agreement that if Debtor failed to bring funding current within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

## THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

Funding remains delinquent.

Please enter an Order of Dismissal.

Dated:  This the _23_ day of August, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    )        CHAPTER 13
NENETTE PAULA DAVENPORT            )
                                                           )        CASE NO.:  18-55647-LRC
                                                           )
                    DEBTOR.                          )

18-55647-LRC                    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

       DEBTOR(S):

       NENETTE PAULA DAVENPORT
       2261 CAPELLA CIRCLE
       ATLANTA, GA  30331

       DEBTOR(S) ATTORNEY:

       CLARK & WASHINGTON, P.C.
       3300 NORTHEAST EXPRESSWAY
       BUILDING 3, SUITE A
       ATLANTA, GA  30341

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of
same in a properly addressed envelope with adequate postage thereon.

August  23 ,2018

/s/

Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450